Court, Appellate Division, First Department. May 25, 1906.) Action by the Farmers' Loan & Trust Company against Martha Jasper, and others. G. W. Minor, for appellants. J. F. Horan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FARRELL, Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Grace Farrell, as administratrix, against John B. McDonald. J. F. Donnelly, for appellant. H. D. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FISHER TEXTILE CO., Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by the Fisher Textile Company against Edward N. Perkins and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

FLANAGAN, Respondent, v. WEBB, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Lizzie Flanagan against Carrie J. Webb. W. A. Jones, Jr., for appellant. A. C. Cass, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FLANIGAN, Respondent, v. MATTHEWS, Appellant. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Eugene D. Flanigan against James C. Matthews. No opinion. Order affirmed, with $10 costs and disbursements.

FOSTER, Respondent, v. CURTIS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Charles W. Foster against Harry F. Curtis and another. A. A. Cook, for appellants. M. Stein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FREEMONT, Respondent, v. DELAWARE & H. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Anna Freemont, as administratrix, etc., of Joseph Freemont, deceased, against the Delaware & Hudson Company and the Boston & Maine Railroad. No opinion. Motion denied.

GARDNER, Respondent, v. CO-OPERATIVE FIRE INS. CO. OF WYOMING AND GENESEE COUNTIES, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Henry P. Gardner against the Co-operative Fire Insurance Company of Wyoming and Genesee Counties. No opinion. Judgment affirmed, with costs.

GEGAN, Respondent, v. UNION TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Mary D. Gegan against the Union Trust Company of New York. H. Miller, for appellant. F. Bartlett, for respondent. No opinion. Order modified, by permitting plaintiff to serve amended complaint on payment of all costs of action, and, as modified, affirmed, without costs. Settle order on notice.

GLOVER, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Delia Glover, as administratrix, against the Interborough Rapid Transit Company. J. F. McIntyre, for appellant. H. L. Scheuerman, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $15,714.75, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

GOLDBERG, Appellant, v. LORIMER HANDKERCHIEF CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Samuel Goldberg against the Lorimer Handkerchief Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOLDENBERG, Appellant, v. ZIRINSKY, Respondent. (Supreme Court, Appellate Division, Second Department, May 4, 1906.) Action by Solomon Goldenberg against Jacob Zirinsky. No opinion. Motion to dismiss appeal denied.

GOLDSTEIN et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Adolph Goldstein and Harry Hochman against the city of New York. No opinion. Judgment of the Municpal Court affirmed, with costs.

GRUENSTEIN v. GURLEY. (Supreme Court, Appellate Division, First Department, April 20, 1906.) Action by Moritz Gruenstein against George B. Gurley. No opinion. Appeal dismissed, with $10 costs. Order filed.

HAHLO et al., Respondents, v. COLE, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Henry G. Hahlo against John B. Cole. No opinion. Order affirmed, without costs. Order filed.

HALL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Robert Hall against the Metropolitan Street Railway Company. B. H. Ames, for appellant. R. H. Mitchell, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant